**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Freemanville Lifehope  House LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4715487 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11680 Great Oaks Way Ste 120 Alpharetta, GA 30022** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | **Location of principal assets, if different from principal place of business** **13675 Freemanville Road Alpharetta, GA 30004** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Freemanville Lifehope  House LLC**                    Case number (*if known*) _____
        Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5311_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Freemanville Lifehope  House LLC**                              Case number (*if known*) _____
_____ Name

**10.** **Are any bankruptcy cases**     ■ No
**pending or being filed by a**     ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____     Relationship _____
attach a separate list     District _____     When _____     Case number, if known _____

**11.** **Why is the case filed in**     *Check all that apply:*
*this district?*
■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**     ■ No
**have possession of any**     ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**     **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**     .    *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
**creditors**     ☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**     ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**     ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor   **Freemanville Lifehope  House LLC**                                          Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Freemanville Lifehope  House LLC** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  5, 2022**
                MM / DD / YYYY

**X** **/s/ Scott Homan**                                 **Scott Homan**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Ian M. Falcone**                       Date **December  5, 2022**
Signature of attorney for debtor                        MM / DD / YYYY

**Ian M. Falcone 254470**
Printed name

**The Falcone Law Firm, P.C.**
Firm name

**363 Lawrence Street**
**Marietta, GA 30060**
Number, Street, City, State & ZIP Code

Contact phone   **(770) 426-9359**        Email address   **attorneys@falconefirm.com**

**254470 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Freemanville Lifehope House LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Civic Financial Service LLC 2015 Manhattan Beach Blvd Ste 106 Redondo Beach, CA 90278** | | **Freemanvile Road (3+ acres) consisting of: Parcel F (approx 1.5 acres) Parcel G (approx 1.5 acres)** | | **Unknown** | **Unknown** | **Unknown** |
| **Fulton County Tax Commissioner 141 Pryor Sreet Atlanta, GA 30303** | | **2022 property taxes** | | | | **$55,436.87** |
| **Fulton County Tax Commissioner 141 Pryor Sreet Atlanta, GA 30303** | | **2022 property taxes** | | | | **$397.75** |

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re   **Freemanville Lifehope  House LLC**                                      Case No.

                                                   Debtor(s)          Chapter       **11**


# VERIFICATION OF CREDITOR MATRIX


I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.


Date:   **December  5, 2022**                    **/s/ Scott Homan**

                                              **Scott Homan**/**Managing Member**
                                              Signer/Title

.

AD Drywall LLC
44 Peahcree Place
Ste 2029
Atlanta, GA 30309


All Purpose Well Drilling
4745 Hurt Bridge Road
Cumming, GA 30028


Brian Easley, Esq
Mahaffey Pickens Tucker
1550 N. Brown Rd, Ste 125
Lawrenceville, GA 30043


Builders Firstsource-Atlanta
c/o Howard Johnston
19330 Loxahatchee River Rd
Jupiter, FL 33458


City Wide Insulation of Madiso
dba Builder's Insulation
9450 SE Gemini Drive
Beaverton, OR 97008


Civic Financial Service LLC
2015 Manhattan Beach Blvd
Ste 106
Redondo Beach, CA 90278


Fulton County Tax Commissioner
141 Pryor Sreet
Atlanta, GA 30303


Investa Services LLC
1266 West Paces Ferry Rd #517
Atlanta, GA 30327

```
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Norcross, GA 30071


Yancey Bros Co
c/o Todd Hatcher
49 Atlanta Street
Marietta, GA 30060
```

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re   **Freemanville Lifehope  House LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Freemanville Lifehope  House LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  5, 2022**

Date

**/s/ Ian M. Falcone**

**Ian M. Falcone 254470**

Signature of Attorney or Litigant

Counsel for   **Freemanville Lifehope  House LLC**

**The Falcone Law Firm, P.C.**

**363 Lawrence Street**
**Marietta, GA 30060**
**(770) 426-9359 Fax:(770) 426-8968**
**attorneys@falconefirm.com**